CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 6 2006

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> SANDRA J. CLARKE, <br> <br>                 Plaintiffs, <br> v. <br> <br> DIABETES SELF CARE and <br> MATRIA CORPORATION, <br> <br>                 Defendants. | ) <br> ) <br> ) <br> )   Civil Action No. 7:02cv01168 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

The United States has moved for leave to intervene against defendants for purposes of settlement, pursuant to an agreement among the United States, defendants and relator. Accordingly, the Court rules as follows:

The United States is granted leave to intervene against defendants for purposes of settlement.

IT IS SO ORDERED, this 6th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE