IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 6 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES, ex rel. SANDRA J. CLARKE, Plaintiff, | ) ) ) ) |
| v. | ) Case No. 7:02-CV-01168 |
| DIABETES SELF CARE, et al., Defendant. | ) ) By: Samuel G. Wilson ) United States District Judge |

## DISMISSAL ORDER

This day appeared the parties to this action, by counsel, and advised the Court that they have compromised and settled all of their differences. Whereupon, on their joint motion, the Court **ORDERS** that this action be, and the same hereby is, **DISMISSED** with prejudice and stricken from the active docket of this Court.

The Court directs the Clerk of this Court to forward a certified copy of this Order to counsel of record.

Entered this 6th day of March, 2006.

_____
Samuel G. Wilson
United States District Judge